**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| BELLA HOUSTON HEIGHTS | § | CASE NO. 26-40515 |
| | § | (E.D. Texas, Sherman Division) |
| DEBTOR, | § | |
| | | |
| NICHOLAS FUGEDI, | § | |
| AS TRUSTEE of THE CARB | § | |
| PURA VIDA TRUST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | ADVERSARY NO. 26-03054 |
| v. | § | |
| Interim Inc, (and 35 other | § | (S.D. Texas, Houston Division) |
| Defendants) | § | (Jury Trial Requested) |
| | § | |
| Defendants. | § | |
| BELLA FOUR A, | § | |
| Putative Intervenor. | § | |

P

:

**<u>ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY</u>**

CAME ON TO BE HEARD Nicholas Fugedi, in his capacity as Trustee of the CARB Pura Vida Trust ("Plaintiff" or "Fugedi" or "Movant"), who moved the Court to lift as to the case removed by Debtor of cause number 2022-09193 pending in the 190th Judicial District Court of Harris County, Texas. Debtor intervened in the case on the day it was set for a summary judgment disposition and then filed bankruptcy and then removed the case within hours of filing an intervention.

The Court reviewed the Motion and any Response and any evidence submitted

in regards to this issue and considered the pleadings and the Court' file. The Court is of the opinion that the Motion should be granted.

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion to Lift Stay is hereby GRANTED so a final judgment may be entered in cause number 2022-09193 pending in the 190th Judicial District Court of Harris County, Texas.

\#