**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| BELLA HOUSTON HEIGHTS | § | CASE NO. 26-40515 |
| | § | (E.D. Texas, Sherman Division) |
| DEBTOR, | § | |
| | | |

| | | |
|---|---|---|
| NICHOLAS FUGEDI, | § | |
| AS TRUSTEE of THE CARB | § | |
| PURA VIDA TRUST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | ADVERSARY NO. 26-03054 |
| v. | § | |
| Interim Inc, (and 35 other | § | (S.D. Texas, Houston Division) |
| Defendants) | § | (Jury Trial Requested) |
| | § | |
| Defendants. | § | |
| BELLA FOUR A, | § | |
| Putative Intervenor. | § | |

P

:

**ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER**

CAME ON TO BE HEARD Nicholas Fugedi, in his capacity as Trustee of the CARB Pura Vida Trust ("Plaintiff" or "Fugedi" or "Movant"), who moved the Court to transfer this case to the United States Bankruptcy Court for the Southern District of Texas, Houston Division. The Court reviewed the Motion and any Response and any evidence submitted in regards to this issue and considered the pleadings and the Court' file. The Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED THAT this case, 26-40515, is hereby transferred to the United States Bankruptcy Court for the Southern District of Texas.

#