# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BELLA HOUSTON HEIGHTS** | § | **Case No. 26-40515** |
| | § | |
| **DEBTOR** | § | |

## AGREED ORDER ON AGREED MOTION FOR CONTINUANCE

CAME ON TO BE HEARD the Agreed Motion of Nicholas Fugedi's, as Trustee of the Carb Pura Vida Trust, for Continuance (the "Motion"), and the  Court, after considering the Motion and the agreement of counsel, is of the opinion that said Motion should be GRANTED.  It is therefore,

ORDERED that the Agreed Motion for Continuance is granted as set forth herein. It is further

ORDERED that the hearings on the  Motion for Relief from Automatic Stay With Waiver of 30-Day Hearing Requirement As To Filed by Nicholas Fugedi (Doc 10) and Motion to Transfer Case To Another District Filed by Nicholas Fugedi (Doc 11) be continued from its present setting of April 27, 2026, and reset on the Court's docket May 19, 2026 at 1:30 pm located at the Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX, 75074. It is further

ORDERED Movant or its counsel shall give notice of this hearing by forwarding a copy of this Order by the most expedient means available, including electronic or telephonic transmission, or otherwise by First Class United States Mail, to all parties listed in the certificate of service contained in the Motion and shall evidence such service by the filing of a Certificate of Service with the Court prior to the scheduled hearing.

Signed on 4/17/2026

*Brenda T. Rhoades*  KC

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

AGREED:


 /s/ Howard Marc Spector
Howard Marc Spector
State Bar No. 00785023
hspector@spectorcox.com
SPECTOR & COX, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
Telephone: 214.365.5377
Telecopier: 214.237.3380

ATTORNEYS FOR THE DEBTOR


Lema Mousilli
State Bar No. 24056016
*lema@mousillilaw.com*
11807 Westheimer Road
Suite 550, PMB 624
Houston, TX 77077
Telephone: 281.305.9313


 /s/ J. Marcus Hill
J. Marcus Hill
State Bar No. 09638150
marc@hillpclaw.com
Hill & Hill PC
1770 St. James Place, Ste. 440
Houston, Texas 77056
Telephone: 713.688.6318

ATTORNEYS FOR NICHOLAS FUGEDI, AS
TRUSTEE OF THE CARB PURA VIDA TRUST