**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| Case No: 26-40515 | Name of Debtor: Bella Houston Heights |
|---|---|
| | |
| **Witnesses:** | |
| 1. Mr. Adam Bell (Managing Member) on behalf of Debtor | Judge: Honorable Brenda T. Rhoades |
| 2. James Pierce | Hearing Date: May 19, 2026 |
| 3. Marc Sherrin | Hearing Time: 1:30 pm |
| 4. Any witnesses called by any other party | Party's Name: Nicholas Fugedi, as Trustee of The Carb Pura Vida Trust ("Fugedi") |
| 5. Any witnesses designated by the Debtor | Attorney: Patrick Schurr |
| | Attorney's Phone:  214-472-2136 |
| | Nature of Proceeding: Fugedi's Motion to Lift Stay (Doc. No. 4) Fugedi's Motion to Transfer (Doc. No. 11) |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Release of lien (RP-2019-317071) | | | | |
| 2 | Deed Back | | | | |
| 3 | Fugedi's Motion for Traditional Summary Judgment and Exhibits (Cause No. 2025-68373 in the 190th District Court) | | | | |
| 4 | MSJ Ex. 1 - Declaration of Donald E. Huebner with Summary of Abstract and Abstract | | | | |
| 5 | MSJ Ex. 2 - Declarations of Nicholas Fugedi | | | | |
| 6 | MSJ Ex. 3 - Declarations of Marol Barboski | | | | |
| 7 | MSJ Ex. 4 - Declaration of Richard Melamed | | | | |
| 8 | MSJ Ex. 5 - Amended Final Judgment | | | | |
| 9 | MSJ Ex. 6 - February 9, 2018 "Seller's Letter" | | | | |
| 10 | MSJ Ex. 7 - Rule 11 Agreement | | | | |

FUGEDI'S EXHIBIT AND WITNESS LIST – PAGE 1

| 11 | MSJ Ex. 8 - Defendant's Partial Motion for Summary Judgment Number 5 | | | | |
|---|---|---|---|---|---|
| 12 | MSJ Ex. 9 - Deed of Trust and the Assignment | | | | |
| 13 | MSJ Ex. 10 - Alvarez Release | | | | |
| 14 | MSJ Ex. 11 - Defendants Partial Motion for Summary Judgment No. 4 | | | | |
| 15 | MSJ Ex. 12 - Supplemental Claims | | | | |
| 16 | MSJ Ex. 13 - Chart | | | | |
| 17 | MSJ Ex. 14 - Deed of Trust | | | | |
| 18 | MSJ Ex. 15 - Motion for Summary Judgment No. 10 | | | | |
| 19 | MSJ Ex. 16 - Final Judgment | | | | |
| 20 | Steadfast Parties' Response to Fugedi's Motion for Summary Judgment and Exhibits (Cause No. 2025-68373 in the 190th District Court) | | | | |
| 21 | MSJ Resp. Ex. A – 2016 Case – Final Judgment | | | | |
| 22 | MSJ Resp. Ex. B – 2016 Case – Interlocutory Summary Judgment Orders | | | | |
| 23 | MSJ Resp. Ex. C – 2016 Case – Confirmed Dismissal Order | | | | |
| 24 | MSJ Resp. Ex. D – 2016 Case – Pleadings | | | | |
| 25 | MSJ Resp. Ex. D-1 – 2016 Case – 2017 Yale and Alvarez's Tenth Am. Pet. | | | | |
| 26 | MSJ Resp. Ex. D-2 – 2016 Case – Steadfast's Third Am. Answer and Counterclaims | | | | |
| 27 | MSJ Resp. Ex. E – Court of Appeals Memorandum Opinion dated May 2, 2023 | | | | |
| 28 | MSJ Resp. Ex. F – Court of Appeals Mandate dated April 12, 2024 | | | | |
| 29 | MSJ Resp. Ex. G – Underlying Loan Documents | | | | |
| 30 | MSJ Resp. Ex. G -1 – Original 2017 Yale Note and Security Agreement | | | | |
| 31 | MSJ Resp. Ex. G -2 – Renewed and Extended 2017 Yale Note and Security Agreement | | | | |
| 32 | MSJ Resp. Ex. G -3 – Alvarez Note and Lien | | | | |
| 33 | MSJ Resp. Ex. G -4 – Alvarez Assignment | | | | |
| 34 | MSJ Resp. Ex. H – Alvarez Release | | | | |

FUGEDI'S EXHIBIT AND WITNESS LIST – PAGE 2

| | | | | | |
|---|---|---|---|---|---|
| | of Lien | | | | |
| 35 | MSJ Resp. Ex. I – Fraudulent Transfer Deed to Fugedi | | | | |
| 36 | MSJ Resp. Ex. J – Substitute Trustee's Deed to Steadfast | | | | |
| 37 | MSJ Resp. Ex. K – Lis Pendens Recorded by Fugedi | | | | |
| 38 | MSJ Resp. Ex. L – 2016 Case – Amended Final Judgment dated August 2024 | | | | |
| 39 | MSJ Resp. Ex. M – 2016– Certified Trial Transcript July 24, 2019 | | | | |
| 40 | MSJ Resp. Ex. N – General Warranty Deed to Bella Houston Heights | | | | |
| 41 | MSJ Resp. Ex. O – Fugedi Fourth Am. Pet. In Cause No. 2024-24958 | | | | |
| 42 | Fugedi's Reply to Motion for Summary Judgment and Exhibits (Cause No. 2025-68373 in the 190th District Court) | | | | |
| 43 | MSJ Reply Ex. 1 -Steadfast Sworn Proof of Claim in *In re Alvarez*, Case No. 24-42809, United States Bankruptcy Court for the Eastern District of Texas | | | | |
| 44 | Notice of Submission on Fugedi's Motion for Traditional Summary Judgment (Cause No. 2025-28373 in the 190th District Court) | | | | |
| 45 | Bell Parties Petition in Intervention (Cause No. 2025-28373 in the 190th District Court) | | | | |
| 46 | Notice of Bankruptcy | | | | |
| 47 | Notice of Removal | | | | |
| 48 | Null | | | | |
| 49 | Joint Motion for Entry of Agreed Final Judgment and Severance | | | | |
| 50 | Proposed Agreed Final Judgment | | | | |
| 51 | Notice of Submission on Joint Motion for Entry of Agreed Final Judgment and Severance | | | | |
| 52 | Memorandum Opinion and Order, Civil Action No. H-22-0905, Southern District of Texas, Houston Division, April 12, 2024 | | | | |
| 53 | United States Fifth Circuit Opinion, | | | | |

FUGEDI'S EXHIBIT AND WITNESS LIST – PAGE 3

| | | | | | |
|---|---|---|---|---|---|
| | Case No. 21-40365, August 29, 2022 | | | | |
| 54 | United States Fifth Circuit Opinion, Case No. 24-40283, September 9, 2022 | | | | |
| 55 | Order Consolidating and Transferring Case, Civil Action No. 2:23-CV-00188 & Civil Action No. 2:23-CV-00188, United States District Court Southern District of Texas Corpus Christi Division, February 02, 2024 | | | | |
| 56 | List of Cases involving Fugedi | | | | |
| 57 | Any exhibits designated by the Debtor | | | | |
| 58 | Any exhibits designated by any other party in interest | | | | |

Fugedi reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the Hearing, or any final hearing on the Motions, and/or in compliance with the Local Bankruptcy Rules and the orders of this Court. Fugedi further reserves the right to provide any documents that may be amended or supplemented in this Witness and Exhibit List to opposing counsel and to this Court as they become available.

Respectfully Submitted this the 14th day of May, 2026.

Johnie Patterson
State Bar No. 15601700
jjp@walkerandpatterson.com
WALKER & PATTERSON, P.C.
4815 Dacoma
Houston, TX 77092
Telephone: 713.956.5577
Telecopier: 713.956.5570

And

FUGEDI'S EXHIBIT AND WITNESS LIST – PAGE 4

SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150


By: /s/ Patrick J. Schurr
    Patrick J. Schurr
    State Bar No. 17853530
    Patrick.schurr@solidcounsel.com

**ATTORNEYS FOR INTERESTED PARTY
NICHOLAS FUGEDI, AS TRUSTEE OF THE
CARB PURA VIDA TRUST**

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify a true and correct copy of the above and foregoing document was served on counsel for the Debtor, Howard Marc Spector, the Office of the U.S. Trustee, and all parties requesting notice herein, via the Court's ECF filing system, on this the 14th day of May, 2026.


    /s/ Patrick J. Schurr