RP-2019-317071
07/23/2019   ER   $24.00

AFTER RECORDING RETURN TO:

**TransAct** TITLE

GF #: *12000906*

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

### RELEASE OF LIEN

**Date:**              July 22, 2019

**Lender:**            D&A Alvarez Group, LLC, a Texas limited liability company

**Mailing Address:**   D&A Alvarez Group, LLC
613 Silver Spur Drive
Southlake, Texas 76092-2048

KNOW ALL MEN BY THESE PRESENTS: That for good and valuable consideration that Deed of Trust dated April 4, 2017, executed by 2017 Yale Development LLC in favor of Benjamin K. Williams, as Trustee securing the payment of one promissory note of even date therewith in the original principal sum of $8,200,000.00, payable to the order of STEADFAST FUNDING, LLC, as to an undivided 30.49% ($2,500,000.00/$8,200,000.00) interest BRUCE L. ROBINSON, as to an undivided 12.19% ($1,000,000.00/$8,200,000.00) interest INTTRAM, INC., as to an undivided 8.53% ($700,000.00/$8,200,000.00) interest DALE PILGERAM, TRUSTEE OF THE PILGERAM FAMILY TRUST, as to an undivided 7.32% ($600,000.00/$8,200,000.00) interest JOSEPH C. HIBBARD, as to an undivided 4.88% ($400,000.00/$8,200,000.00) interest RJL REALTY, LLC, as to an undivided 4.27% ($350,000.00/$8,200,000.00) interest KORNELIA PEASLEYBROWN, as to an undivided 4.27% ($350,000.00/$8,200,000.00) interest SALVADOR BALLESTEROS, as to an undivided 3.05% ($250,000.00/$8,200,000.00) interest MARGARET M. SERRANO-FOSTER, TRUSTEE OF THE MARGARET M. SERRANO-FOSTER TRUST DATED 12/2/2005, as to an undivided 2.44% ($200,000.00/$8,200,000.00) interest; RICHARD R. METLER, TRUSTEE OF THE RICHARD R. METLER REVOCABLE LIVING TRUST, as to an undivided 2.44% (200,000.00/$8,200,000.00) interest JAMES T. SMITH, TRUSTEE OF THE JAMES T. SMITH TRUST, as to an undivided 2.44% ($200,000.00/$8,200,000.00) interest LIBERTY TRUST COMPANY LTD CUSTODIAN FBO VINCENT PAUL MAZZEO JR IRA, as to an undivided 2.44% ($200,000.00/$8,200,000.00) interest ETERNAL INVESTMENTS, LLC, as to an undivided 1.83% ($150,000.00/$8,200,000.00) interest JOE SAENZ, as to an undivided 1.83% ($150,000.00/$8,200,000.00) interest PATRICK GROSSE, TRUSTEE OF THE GROSSE FAMILY TRUST DATED 12/31/2004, as to an undivided 1.22% ($100,000.00/$8,200,000.00) interest ERIC VERHAEGHE, as to an undivided 1.22% ($100,000.00/$8,200,000.00) interest

Page 1 of 3

Plaintiff's
Exhibit

**1**

STEPHEN K. ZUPANC, as to an undivided 1.22% ($100,000.00/$8,200,000.00) interest LIBERTY TRUST COMPANY LTD CUSTODIAN FBO ADAM K. HRUBY IRA #TC005383, as to an undivided 1.22% ($100,000.00/$8,200,000.00) interest, VINCENT INVESTMENTS, as to an undivided 1.22% ($100,000.00/$8,200,000.00) interest ELM 401K PSP, LAUREL MEAD AND EDWIN A. MEAD TRUSTEES, as to an undivided 1.22% ($100,000.00/$8,200,000.00) interest EQUITY TRUST COMPANY CUSTODIAN FBO STEVEN KRIEGER IRA, as to an undivided 0.78% ($64,500.00/$8,200,000.00) interest JULIO M. SCHNARS, as to an undivided 0.61% ($50,000.00/$8,200,000.00) interest JOSEPH DERSHAM and JOYCE DERSHAM, as to an undivided 0.61% ($50,000.00/$8,200,000.00) interest WALTER KAFFENBERGER and CHRISTEL KAFFENBERGER, as to an undivided 0.61% ($50,000.00/$8,200,000.00) interest MIKE BERRIS, as to an undivided 0.61% ($50,000.00/$8,200,000.00) interest JASON SUN, as to an undivided 0.61% ($50,000.00/$8,200,000.00) interest and EQUITY TRUST COMPANY CUSTODIAN FBO ERICA ROSS-KRIEGER IRA, as to an undivided 0.43% ($35,500.00/$8,200,000.00) interest, filed for record on April 11, 2017 under Harris County Clerk's File No. RP-2017- 153161 and subject to all of the terms, conditions and stipulations contained therein including, but not limited to, any additional indebtedness also secured thereby; said lien being additionally secured by Assignment of Rents filed April 11, 2017, under Harris County Clerk's File No. RP-2017-153162; collateral Transfer of Notes and Liens filed February 16, 2018 under Harris County Clerk's File No. RP-2018-65405 to D&A Alvarez Group LLC; assignment of notes and liens filed February 16, 2018 under Harris County Clerk's File No. RP-2018-65406 to D&A Alvarez Group LLC; the owner and holder of said Note does hereby release the following described property from the lien shown by said instruments to exist upon the following described property, to secure payment of said Note, viz.:

### Legal Description

Unrestricted Reserve "A", in Block 1 of FISHER ESTATES AT YALE, a subdivision in Harris County, Texas according to the map or plat thereof recorded under Film Code No. 671146 of the Map Records of Harris County, Texas.

Commonly known as: 829 Yale Street, Houston, Texas 77007.

IN WITNESS WHEREOF, *David·Alvarez* , *Sole Member* of D&A Alvarez Group, LLC, whose address 613 Silver Spur Drive, Southlake, Texas 76092-2048, by the officer duly authorized, has duly executed the foregoing instrument.

[SIGNATURES ON FOLLOWING PAGE]

D&A Alvarez Group, LLC,
a Texas limited liability company

By: _David Alvarez_

Name: _David Alvarez_

Title: _Sole Member_

## ACKNOWLEDGEMENT

STATE OF TEXAS          )

COUNTY OF HARRIS     )

This instrument was acknowledged before me on July 22, 2019, by David C Alvarez, _____ of D&A Alvarez Group, LLC.

Notary Public, State of Texas

PREPARED IN THE OFFICE OF:

Umatiya Law Firm, PLLC
P.O. Box 19278
Sugar Land, Texas 77496-9278
Phone: (281)456-3870
Fax: (281)402-1970

AFTER RECORDING RETURN TO:

TransAct Title LLC
6117 Richmond Ave., Suite 250
Houston, Texas 77057
Phone: (713)429-5436
Fax: (713)391-8373
GF 12000906

Page 3 of 3

RP-2019-317071

\# Pages 4

07/23/2019 12:11 PM

e-Filed & e-Recorded in the

Official Public Records of

HARRIS COUNTY

DIANE TRAUTMAN

COUNTY CLERK

Fees  $24.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.

COUNTY CLERK
HARRIS COUNTY, TEXAS