EXHIBIT

1
_____

AFTER RECORDING MAIL TO:
Steadfast 829 Yale Holdings Inc
967 B Mountain Laurel Cir SE
Albuquerque, NM 87116

File Number: 22-115135

## GENERAL WARRANTY DEED

### Steadfast 829 Yale Holdings Inc

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

THAT **Bella Houston Heights**, hereinafter called "Grantor", for and in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration to Grantor in hand paid by **Steadfast 829 Yale Holdings Inc**, hereinafter called "Grantee", whose mailing address is **967 B Mountain Laurel Cir SE Albuquerque, NM 87116**, the receipt and sufficiency of which is hereby acknowledged, Grantor has GRANTED, SOLD and CONVEYED, and by these presents does GRANT, SELL and CONVEY, unto said Grantee, the following described Property located in **Harris** County, Texas, to-wit:

**See Exhibit "A" attached hereto and made a part hereof for all purposes**

Together with Grantor's right, title and interest in all system memberships and/or ownership certificates in any non-municipal water and/or sewer systems serving said Property.

TO HAVE AND TO HOLD the above described Property together with all and singular the rights and appurtenances thereunto in anywise belonging to said Grantee, Grantee's heirs and assigns, forever, AND Grantor does hereby bind Grantor, Grantor's successors and assigns, to WARRANT and FOREVER DEFEND all and singular the said Property unto said Grantee, Grantee's heirs and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof.

**Grantee is taking the property in an arm's-length agreement between the parties. The consideration was bargained on the basis of an "as is, where is" transaction and reflects the agreement of the parties that there are no representations or express or implied warranties. Grantee has not relied on any information other than grantee's inspection.**

This conveyance is made subject to all and singular the restrictions, easements, exceptions, conditions and covenants, if any, applicable to and enforceable against the above-described Property as shown by the records of said County, as well as ad valorem taxes for current and subsequent years.

Page 1 of 3

Unofficial Copy Office of Marilyn Burgess District Clerk

Plaintiff's
Exhibit

2
_____

When this Deed is executed by more than one person, or when the Grantee is more than one person, the instrument shall read as though pertinent verbs, nouns and pronouns were changed correspondingly, and when executed by or to a corporation, the words "heirs, executors and administrators" or "heirs and assigns" shall be construed to mean "successors and assigns".

Executed date: _____1/6/2023_____.

_____

**Bella Houston Heights**

State of _Texas_____

County of _Green_____

This instrument was acknowledged before me on [Date] _January 6 2023_ by **Adam Patrick Bell of Bella Houston Heights.**

Christina Ornelas
My Commission Expires
10/29/2023
ID No. 130109924

Notary Public (Signature of Notarial Officer)

_Christina Ornelas_
(Printed Name of Notarial Officer)

(Official Seal or Stamp)

My commission expires: _10/29/2023_

Unofficial Copy Office of Marilyn Burgess District Clerk

Page 3 of 3

## EXHIBIT A

(All of Fisher Estates at Yale, a subdivision in Harris County, Texas according to the map or plat thereof recorded under Film Code No. 671146 of the Map Records of Harris County, Texas (being a replat of Lots 5 & 6 and the adjoining North one-half (1/2) of Lot 7, Block 245, Houston Heights, according to the map or plat thereof, recorded in Volume 1, Page 114, Map Records, Harris County, Texas), as reflected in that certain Substitute Trustee's Deed recorded at RP-2019-493361 of the Harris County Real Property Records.

Unofficial Copy Office of Marilyn Burgess District Clerk