List of Cases with Nicholas Fugedi, as Trustee of the Carb Pura Vida Trust

1) **3:19-CV-00249** // **Aug. 1, 2019**
Southern District of Texas, Galveston Div.

Plaintiff: Nicholas Fugedi, as Trustee of the Carb Pura Vida Trust

Defendants: Initram, Inc., RJL Realty, LLC, Eternal Investments, LLC, Bruce Robinson, Dale Pilgeram Trustee of the Pilgeram Family Trust, Joseph C. Hibbard, Kornelia Peasley- Brown, Salvador Ballestero, Margaret M. Serrano-Foster, Trustee of the Margaret M. Serranto-Foster Trust Dated 12/02/2005, Richard R. Melter, Trustee of the Richard R. Melter Revocable Living Trust, Liberty Trust Company, LTD Custodian FBO Vincent Paul Mazzeo, Jr., IRA, Joe Saenz, Patrick Grosse, Trustee of the Grosse Family Trust Dated 12/31/2004, Eric Verhaeghe, Stephen K. Zupanc, Liberty Trust Company, LTD, Custodian FBO Adam K. Hruby IRA #TC005383, Vincent Investments, Inc. AKA Vincent Investments, Equity Trust Company Custodian FBO Stephen (Steven) Krieger IRA, Judy M. Schnars, Joseph Dersham, Joyce Dersham, Walter Kaffenberger, Christel Kaffenberger, Mike Berris (Berres), Jason Sun, Equity Trust Company Custodian FBO Erica Ross-Krieger IRA, Elm 401K-PSP, Laurel Mead and Edwin A. Mead, Trustees and James T. Smith, Trustee of the James T. Smith Trust, ( "**Steadfast Parties**").

*Nicholas Fugedi, in his capacity as Trustee of CARB Pura Vida Trust v. Initram, Inc. et al* ["Steadfast Parties"] 2022 WL 3716198, No. 21-40365 (5th Cir. August 29, 2022)[Oral Argument Jan. 31, 2022]

*Nicholas Fugedi, in his capacity as Trustee of CARB Pura Vida Trust v. Initram, Inc. et al* ["Steadfast Parties"], 150 F.4th 690, No. 24-40283 (5th Cir. September 9, 2025)

2) **2019-59191** // **August 26, 2019**
270th District Court of Harris County, Texas
Sept. 4, 2019 Transferred to 125th District Court, Harris County, Texas
Feb. 10, 2020 Transferred to 190th District Court, Harris County, Texas

Plaintiff: Steadfast Parties
Defendants: "Nicholas Fugedi and any and all unknown trustees, settlors, and beneficiaries of the CARB Pura Vida Trust, 15355 Markese Ave, Allen Park, Mi. 48101" et al

3) **4:22-cv-00905** // **March 22, 2022**
Southern District of Texas, Houston Div.

Plaintiff: Steadfast 829 Yale Holdings, Inc [successor to "Steadfast Parties"]

Defendants: Nicholas Fugedi, as Trustee of the Carb Pura Vida Trust et al

Plaintiff's Exhibit

56

4) **4:24-cv-0404** // **July 22, 2023**
   Filed in Southern District of Texas, Corpus Christi Div. 2:23-cv-00188
   Transferred February 6, 2024 to Southern District of Texas, Houston Div.

   Plaintiff: Steadfast 829 Yale Holdings, Inc [successor to "Steadfast Parties"]

   Defendants: Nicholas Fugedi, as Trustee of the Carb Pura Vida Trust et al

5) **4:23-CV-01019-ALM** // **July 24, 2023**
   481st District Court of Denton County, Texas 23-6420-481
   Removed to Eastern District of Texas Tyler Div. 6:23-cv-00373
   Transferred to Eastern Dist. Texas, Sherman Div. 4:23-CV-01019
   Transferred to Southern District of Texas, Houston Div. 4:22-cv-00905

   Plaintiff: 829 Yale Holdings, Inc. [successor to "Steadfast Parties"]

   Defendants: Nicholas Fugedi, as Trustee of the Carb Pura Vida Trust et al

6) **2024-24958 // April 18, 2024**
   133rd District Court of Harris County, Texas
   July 2, 2024 Transferred to 190th District Court, Harris County, Texas
   Aug. 13, 2024 Transferred to 152th District Court, Harris County, Texas
   Aug. 20, 2024 Transferred to 113th District Court, Harris County, Texas

   Plaintiff: Nicholas Fugedi, as Trustee of the Carb Pura Vida Trust

   Defendants: Nancy Almodovar, Bella Houston Heights et al

7) **2025-68373 //  Sept. 15, 2025**
   215th District Court of Harris County, Texas
   Oct. 20, 2025 transferred to 190th District Court

   January 21, 2026 Hearing Notice that Plaintiff's Motion For Traditional Summary Judgment No. 1 Title Claim, which was filed on January 21, 2026, set for hearing Monday, February 16, 2026 at 8:00 am

   Feb. 16, 2026 Bella Houston Heights intervention 8:23 AM
   Feb. 16, 2026 Suggestion of Bankruptcy
   Feb. 16, 2026 Notice of Removal 3:42 PM

Plaintiff: Nicholas Fugedi, in his capacity as Trustee of CARB Pura Vida Trust

Defendants: "Steadfast Parties"