Howard Marc Spector
TBA # 00785023
SPECTOR & COX, PLLC
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
Hspector@spectorcox.com

COUNSEL FOR THE DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| | § | |
| **Bella Houston Heights** | § | **CASE NO. 26-40515** |
| | § | |
| **Debtor.** | § | |

## WITNESS AND EXHIBIT LIST

COMES NOW, Bella Houston Heights (the "**Debtor**") and files this witness and exhibit

list relating to the hearings set for **May 19, 2026** and states:

### *Witnesses*

1.    Adam Bell.

2.    Marc Sherman.

3.    Tyler Narramore.

4.    David Alvarez.

5.    Nicholas Fugedi.

6.    Any witness designated by any other party.

7.    Any witness necessary for rebuttal.

### Exhibits

A.    TX SOS Bella FourA, LLC – Certificate of Formation.

B.    TX SOS Steadfast Lending Group- 829 Yale, LLC – Certificate of Formation.

C.      TX SOS Verliance, Inc.- Certificate of Formation.

D.      Docket Sheet for Cause No. 2024-24958.

E.      Nicholas Fugedi as Trustee's Fourth Amended Petition and Application for

        Permanent Injunctive Relief in Cause No. 2024-24958.

F.      Bella FourA, LLC's Verified Original Counterclaim, Third Party Petition, and

        Application for Injunctive Relief and Bella Houston Heights' Verified Second

        Petition in Intervention and Application for Injunctive Relief in Cause No.

        2024-24958.

G.      Order of Recusal and Transfer in Cause No. 2025-68373.

H.      Docket Sheet for Cause No. 2025-68373.

I.      Plaintiff's Original Petition in Cause No. 2025-68373.

J.      Petition in Intervention in Cause No. 2025-68373.

K.      Certified Copy of Substitute Trustee's Deed recorded in Harris County, Texas as

        Document No. RP-2019-493361.

L.      Certified Copy of Special Warranty Deed recorded in Harris County, Texas as

        Document No. RP-2022-313506.

M.      Certified Copy of the General Warranty Deed recorded in Harris County, Texas

        as Document No. RP-2023-47374.

N.      Final Judgment in Cause No. 2016-64847.

O.      Amended Final Judgement in Cause No. 2016-64847.

P.      Opinion in Case No. 01-20-00027-CV.

Q.      Docket for Case No. 3:19-cv-00249.

R.      Plaintiff's First Amended Complaint in Case No. 3:19-cv-00249.

S.      Opinion and Order in Case No. 3:19-cv-00249.

T.      Alvarez Note.

U.      Release of Lien.

V.      Putative Deed from 2017 Yale Development to Carb Vida.

W.      Carb Pura Vida Trust Agreement.

X.      Deposition Transcript – Nicholas Fugedi.

Y.      Declaration of Nicholas Fugedi.

Z.      Declaration of David Alvarez.

AA.     Supplemental Declaration of David Alvarez.

BB.     *2017 Yale Dev., LLC v. Steadfast Funding, LLC*, 2023 Tex. App. LEXIS 2904
        (Tex. App.—Houston [1st Dist.] May 2, 2023, *pet. denied*).

CC.     *Nicholas Fugedi, in his capacity as Trustee CARB Pura Vida Trust v. United
        Rentals (N. Am.) Inc. et al.*, 2021 U.S. Dist. LEXIS 61840, at *1 (S.D. Tex. March
        31, 2021).

DD.     *Nicholas Fugedi, in his capacity as Trustee CARB Pura Vida Trust v. Initram,
        Inc. et al.*, 2022 U.S. App. LEXIS 24331, at *1 (5th Cir. Aug. 29, 2022).

EE.     *Fugedi v. Initram, Inc*., 150 F.4th 690 (5th Cir. 2025), *cert. denied*, 2026 U.S.
        LEXIS 789 (Feb. 23, 2026).

FF.     Any exhibit designated by any other party.

GG.     Any exhibit necessary for rebuttal.

Respectfully submitted,

 /s/  *Howard Marc Spector*
Howard Marc Spector
TBA# 00785023
Spector & Cox, PLLC.
12770 Coit Road, Suite 850
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
hspector@spectorcox.com

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

This is to certify that on May 14, 2026 a copy of the foregoing was served via electronic means to all parties and counsel who receive ECF notice in this case.

 /s/  *Howard Marc Spector*
Howard Marc Spector