## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Bella Houston Heights** | § | **CASE NO. 26-40515** |
| | § | |
| **Debtor.** | § | |

### AGREED ORDER AND STIPULATION

The Court, having conducted a hearing on the Motion to Lift the Stay (Docket No. 10, "Lift Stay Motion") on May 19, 2026 and the parties ("Parties") to this Order (as indicated by the signatures of their respective counsel) having entered into the following stipulation to determine the Debtor's interest, in any, to the real property and improvements located at 829 Yale, Houston, TX (the "Property"), the Court hereby enters this Agreed Order and Stipulation:

1.      Bella Houston Heights ("Debtor") shall file a motion ("Motion") on or before June 20, 2026 initiating a contested matter under FED. R. BANKR. P. 9014 ("Contested Matter") with this Court requesting a determination of the nature and extent of the Debtor's interest in or title to (if any) in the Property, as well as any necessary factual findings and conclusions of law necessary to such determinaton.

2.      Debtor shall serve the Motion upon all parties to Adversary No. 4:26-ap-03054 and Adversary No. 4:26-ap-03089 now pending in the United States Bankruptcy Court for the Southern District of Texas ("Removed Proceedings").

3.      Each Party agrees that service of the Contested Matter shall be complete upon mailing to undersigned counsel a copy of the Motion.

4.      The Contested Matter shall be resolved, to the extent possible, by competing motions for summary judgment to be filed on or before July 17, 2026.  Objections or other responsive papers to any motion for summary judgment shall be due on or before August 2, 2026.  A hearing thereon shall be set for August 11, 2026.

5.     Each Party hereby (i) consents to the determination of the Debtor's interest in or title to the Property without the necessity of an adversary proceeding being initiated pursuant to FED. R. BANK. P. 7001 *et seq*., and waives any right to challenge the Court's determination of the nature and extent of the Debtor's interest in or title to (if any) in the Property on that basis; and (ii) consents to the entry of final orders or judgment by this Court and bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution.

6.     Any Order of this Court entered in connection with the Contested Matter (including findings of fact and conclusions of law contained therein) shall be entitled to the same preclusive effect under principals of *res judicata* and collateral estoppel on claims among the Parties, including but not limited to those claims in the Removed Proceedings, as would apply to a judgment entered pursuant to the Federal Declaratory Judgment Act (28 U.S.C. § 2201).

7.     The Lift Stay Motion is denied without prejudice.

Signed on 6/17/2026

_Brenda T. Rhoades_     KC
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND CONTENT:


*/s/ Howard Marc Spector*
Howard Marc Spector
TBA #00785023
SPECTOR & COX, PLLC
Banner Place, Suite 850
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
EMAIL: hspector@spectorcox.com

**COUNSEL FOR DEBTOR**


*/s/ Johnie Patterson*
*Johnie Patterson*
TBA #15601700
WALKER & PATTERSON, P.C
4815 Dacoma
Houston, TX 77092
(713) 956-5577
EMAIL: jjp@walkerandpatterson.com

**COUNSEL FOR NICHOLAS
FUGEDI, TRUSTEE OF THE CARB PURA
VIDA TRUST AND NICHOLAS FUGEDI,
INDIVIDUALLY**

*/s/ Isaac Villarreal*
Isaac Villarreal
TBA #24054553
DYKEMA GOSSETT, PLLC
5 Houston Center
1401 McKinney Street, Suite 1625
Houston, Texas 77010
(713) 904-6900
EMAIL: ivillarreal@dykema.com

**COUNSEL FOR STEADFAST FUNDING,
LLC, INITRAM, INC., RJL REALTY, LLC,
ETERNAL INVESTMENTS, LLC, BRUCE
ROBINSON, DALE PILGERAM TRUSTEE OF
THE PILGERAM FAMILY TRUST, JOSEPH
C. HIBBARD, KORNELIA PEASLEY-
BROWN, SALVADOR BALLESTERO,
RICHARD R. MELTER TRUSTEE OF THE
RICHARD R. MELTER REVOCABLE
LIVING TRUST, LIBERTY TRUST
COMPANY, LTD CUSTODIAN FBO
VINCENT PAUL MAZZEO, JR., IRA, JOE
SAENZ, PATRICK GROSSE, INDIVIDUALLY
AND AS TRUSTEE OF THE GROSSE
FAMILY TRUST, ERIC VERHAEGHE,
STEPHEN K. ZUPANC, ADAM K HRUBY,
INDIVIDUALLY AND AS CUSTODIAN FBO
ADAM K. HRUBY IRA, VINCENT
INVESTMENTS, INC. AKA VINCENT
INVESTMENTS, EQUITY TRUST COMPANY
CUSTODIAN FBO STEPHEN (STEVEN)
KRIEGER IRA, JOSEPH DERSHAM, JOYCE
DERSHAM, WALTER KAFFENBERGER,
CHRISTEL KAFFENBERGER, JULIO M.
SCHNARS, MIKE BERRIS (BERRES), JASON
SUN, ERICA ROSS-KRIEGER, EQUITY
TRUST COMPANY CUSTODIAN FBO ERICA
ROSS-KRIEGER IRA, LAUREL MEAD,
INDIVIDUALLY AND AS TRUSTEE AND
EDWIN A. MEAD, INDIVIDUALLY AND AS
TRUSTEES OF ELM 401K PSP, AND JAMES
T. SMITH, INDIVIDUALLY AND AS
TRUSTEE OF THE JAMES T. SMITH TRUST**