## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 26-40515** |
| **BELLA HOUSTON HEIGHTS** | § | |
| **DEBTOR(S)** | § | **CHAPTER 11** |

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now NewRez LLC d/b/a Shellpoint Mortgage Servicing, as servicing agent for Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 (hereinafter referred to as "Creditor"), a secured creditor in the above-entitled and numbered case, filing this its Objection to Confirmation of Chapter 11 Plan, and in support hereof represents:

1. The above-styled Debtor(s) filed a voluntary petition under Chapter 11 of Title 11, United States Bankruptcy Code, on February 16, 2026.

2. Debtor(s) is indebted to Creditor pursuant to a promissory note secured by a recorded instrument granting a security interest in the real property with the address of 512 Saginaw Ct, Allen, Texas 75013 (the "Property").

3. The Property is not the Debtor(s)' principal residence.

4. Creditor filed a secured proof of claim in the amount of $322,181.18, with pre-petition arrearages in the amount of $4,556.69 (the "Claim").

5. Creditor objects to confirmation of Debtor(s) Chapter 11 Plan (the "Plan") because as proposed it omits the Claim.

WHEREFORE, PREMISES CONSIDERED, Creditor prays that this Court deny confirmation of the Plan proposed by the Debtor(s), and grant Creditor such other and further relief at law and in equity as is just.

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Chandra D. Pryor
Hilary B. Bonial / TXBN 24054367
Chandra D. Pryor / CABN 320903
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BonialPC.com
Attorney for NewRez LLC d/b/a Shellpoint Mortgage
Servicing, as servicing agent for Wilmington Savings

OBJECTION TO PLAN                                    2

Fund Society FSB, not in its individual capacity but solely
as Owner Trustee for the FLIC Residential Mortgage
Loan Trust 1

OBJECTION TO PLAN                                    2

7770-N-3454

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before the 23rd day of June 2026:

Debtor                    *Via U.S. Mail*
Bella Houston Heights
A Protected Series of Bella FourA, LLC
1107 Padre Circle
Allen, TX 75013


Debtor's Attorney
Howard Marc Spector
Spector & Cox, PLLC
12770 Coit Rd Suite 850
Dallas, TX 75251


US Trustee
Office of the U.S.Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242

Jennifer D. Cruz
Dykema Gossett
1401 McKinney St
Suite 1625
Houston, TX 77010

Jennifer D. Cruz
Dykema Gossett
1401 McKinney St
Suite 1625
Houston, TX 77010

Tara L. Grundemeier
Linebarger, Goggan, Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Jennifer D. Cruz
Dykema Gossett
1401 McKinney St
Suite 1625
Houston, TX 77010

Johnie J. Patterson
Walker & Patterson, PC
4815 Dacoma
PO Box 61301
Houston, TX 77092

OBJECTION TO PLAN - CERTIFICATE OF SERVICE                                    7770-N-3454

Kent M. Hanszen
Hanszen Laporte
14201 Memorial Drive
Houston, TX 77079

Lloyd E Kelley
The Kelley Law Firm
2726 Bissonnet Ste 240 Pmb12
Houston, TX 77005

Patrick Joseph Schurr
Scheef & Stone, LLP
2600 Network Boulevard Ste 400
Frisco, TX 75034

Brent Buyse
Jacob Sparks
Xenna Kayana Davis
Nelson Mullins Riley & Scarborough LLP
3333 Lee Parkway Suite 750
Dallas, TX 75219

Christopher B. Ramey
The RB Legal Group, PLLC
215 S. 4th Street
Wallis, TX 77485

Susan B. Hersh
DOJ-Ust
1100 Commerce St. Ste 976
Dallas, TX 75242

26-40515

/s/ Chandra D. Pryor
Hilary B. Bonial
Chandra D. Pryor

OBJECTION TO PLAN - CERTIFICATE OF SERVICE                                    7770-N-3454