**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Bella Houston Heights, | § | Case No. 26-40515 |
| | § | |
| *Debtor.* | § | |
| | § | |

**ORDER ON WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE OF SG ALTERNATIVE TITLE TRUST 2025-NPL2'S MOTION TO INTERVENE, OR IN THE ALTERNATIVE, FOR LEAVE TO APPEAR AND BE HEARD, AND TO FILE THE ATTACHED MOTION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

On August 11, 2026, the Court conducted a hearing (the "***Hearing***") on the Motion to Intervene, or in the Alternative, for Leave to Appear and Be Heard, and to File the Attached Motion in Support of Motion for Summary Judgment [ECF No. 75] (the "***Motion***") filed by Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of SG Alternative Title Trust 2025-NPL2 ("***SG Alternative Title***"). The Court has considered the Motion, the objection of Nicholas Fugedi, as Trustee of the CARB Pura Vida Trust, thereto [ECF No. 78] (the "***Objection***"), SG Alternative Title's reply in support of the Motion [ECF No. 85], the record in this case, and the statements and arguments of counsel presented at the Hearing. For the reasons stated by the Court on the record at the Hearing, which are incorporated herein by reference, the Court FINDS and CONCLUDES as follows:

**A.** This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (K), and (O). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

**B.** Notice of the Motion and of the Hearing was appropriate under the circumstances, and no other or further notice is required.

**C.** The Debtor's Motion to Determine Equitable and Legal Title to Property [ECF No. 65] (the "***Title Contested Matter***") is a motion in the main bankruptcy case and constitutes a contested matter governed by Fed. R. Bankr. P. 9014, and not an adversary proceeding, as contemplated by the Agreed Order and Stipulation [ECF No. 64] entered June 17, 2026.

**D.** SG Alternative Title asserts a lien against the real property and improvements located at 829 Yale Street, Houston, Texas 77007 (the "***Property***"), which is the real property at issue in the Title Contested Matter. To the extent SG Alternative Title asserts such a lien, it is a real party in interest with respect to the Property and is a party in interest in this chapter 11 case within the meaning of 11 U.S.C. § 1109(b).

**E.** The Court's ruling in the Title Contested Matter may affect the interests asserted by SG Alternative Title. All parties in interest have the right to be heard on any issue in a case under chapter 11. *See* 11 U.S.C. § 1109(b).

It is therefore ORDERED, ADJUDGED, and DECREED that:

**1.** Intervention is not required. Because the Title Contested Matter is a motion in the main bankruptcy case rather than an adversary proceeding, and because all parties in interest have the right to be heard therein, formal intervention is not required in order for SG Alternative Title to appear and be heard in the Title Contested Matter.

**2.** SG Alternative Title is a party in interest with respect to the real property at issue in this bankruptcy case and, therefore, is a party in interest entitled to be heard. SG Alternative Title is authorized to appear, be heard, and participate in the Title Contested Matter.

**3.** In the alternative, and to the extent formal intervention is required, the Motion is GRANTED and SG Alternative Title is permitted to intervene in the Title Contested Matter. Solely to the extent necessary to give effect to this paragraph, the Court directs pursuant to Fed. R. Bankr. P. 9014(c) that Fed. R. Bankr. P. 7024 shall apply to the Title Contested Matter.

**4.** The Objection is OVERRULED.

**5.** SG Alternative Title's Motion in Support of Bella Houston Heights' Motion for Summary Judgment [ECF No. 75-1], together with the exhibits thereto, which was served on all parties on July 17, 2026, is deemed accepted as filed and shall be treated as a brief in support of the Debtor's Motion to Determine Equitable and Legal Title to Property [ECF No. 65], in accordance with the Court's Order entered August 4, 2026 [ECF No. 88].

**6.** This Court retains jurisdiction to interpret and enforce the terms of this Order.

Signed on 8/19/2026

Brenda T. Rhoades KC

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 26-40515-btr
Bella Houston Heights Chapter 11
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 19, 2026 | Form ID: pdf400 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bella Houston Heights, A Protected Series of Bella FourA, LLC, 1107 Padre Circle, Allen, TX 75013-6311 |
| cr | + | Bruce Robinson, 4333 S. Avenida De Angeles,, Gold Canyon, AZ 85118-2993 |
| cr | | Dale Pilgeram Trustee of the Pilgeram Family Trust, 2077 Moran Rad, Arnold, CA 95223 |
| cr | + | Equity Trust Company Custodian FBO Eric Ross-Krieg, 770 Quiet View Court, Walnut Creek, CA 94597-2571 |
| cr | + | Equity Trust Company Custodian FBO Stephen Krieger, 770 Quiet View Court, Walnut Creek, CA 94597-2571 |
| cr | + | Eric Verhaeghe, 30703 N. Nautical Loop, Spirit Lake, ID 83869-8843 |
| cr | + | Eternal Investments, LLC, 17272 Osterville Lane, Huntington Beach, CA 92649-6409 |
| cr | + | Initram, Inc., 2063 Panora Avenue, New Hampton, IA 50659-9046 |
| cr | + | James T. Smith, Individually and as Trustee of the, 324 Loma Terrace, Laguna Beach, CA 92651-2315 |
| cr | + | Jason Sun, 6501 Drake Street NW, Canton, OH 44718-1478 |
| cr | + | Joe Saenz, 8416 Sea Ash Circle, Round Rock, TX 78681-3410 |
| cr | + | Joseph Dersham, 218 Main Street #445, Kirkland, WA 98033-6108 |
| cr | + | Julio M. Schnars, 17820 Golden Valley Dr, Manor, TX 78653-5345 |
| cr | + | Kornelia Peasley-Brown, 2916 Silver Brook Lane, Maryville, TN 37803-7391 |
| cr | | Laurel Mead and Edwin A. Mead, Individually and as, 714 Lake Thurmond Court,, North Augusta, SC 29841 |
| cr | + | Liberty Trust Company, LTD Custodian FBO Adam K. H, 967B Mountain Laurel Circle SE, Albuquerque, NM 87116-1252 |
| cr | + | Liberty Trust Company, LTD Custodian FBO Vincent P, 3435 Gulfstream Road, Delray, FL 33483-7317 |
| cr | + | Mike Berries (Berres), W4790 River Road, Fredonia, WI 53021-9721 |
| cr | + | Nicholas Fugedi, Trustee of the Carb Pura Vida Trust, c/o Anthony Laporte, 14201 Memorial Drive, Houston, TX 77079-6701 |
| cr | + | Patrick Grosse, Trustee of the Grosse Family Trust, 8400 Saltzberry Road, Eagle River, WI 54521-9001 |
| cr | + | RB Legal Group, PLLC, 215 S. 4th Street, Wallis, TX 77485, UNITED STATES 77485-9840 |
| cr | + | RJL Realty, LLC, 6674 Van Winkle Dr, Falls Church, VA 22044-1010 |
| cr | + | Richard R. Melter, Trustee of the Richard R. Melte, 9038 E. Altadena Ave, Scottsdale, AZ 85260-6829 |
| cr | + | Salvador Ballestero, 100 Montz Point, Kyle, TX 78640-8910 |
| cr | + | Steadfast Funding, LLC, 190 E. Stacy Road, Suite 306-302, Allen, TX 75002-8734 |
| cr | #+ | Stephen K. Zupanc, 9086 E. Lake Road, North East, PA 16428-2302 |
| cr | + | Vincent Investments, Inc. AKA Vincent Investments, 10756 Road 26, Cortez, CO 81321-8824 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 20 2026 01:20:00 | City of Houston, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 20 2026 01:20:00 | Houston City College, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 20 2026 01:20:00 | Houston ISD, Linebarger Goggan Blair & |

| | | | |
|---|---|---|---|
| | | | Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: mtgbk@shellpointmtg.com | Aug 20 2026 01:19:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| cr | + Email/Text: ecfbnc@aldridgepite.com | Aug 20 2026 01:19:00 | Wilmington Savings Fund Society, FSB, not in its i, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108, UNITED STATES 92108-3808 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | Christel Kaffenberger, 3290 S. Lakeside View Dr, Tucson, AZ 85730-2734 |
| cr | ##+ | Joyce Dersham, 612 Kirkland Ave, Apt. A4, Kirkland, WA 98033-6384 |
| cr | ##+ | Walter Kaffenberger, 3290 S. Lakeside View Dr, Tucson, AZ 85730-2734 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent Buyse | on behalf of Creditor GLS Solutions LLC brent.buyse@nelsonmullins.com |
| Chandra Dianne Pryor | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing chandra.pryor@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Christopher B. Ramey | on behalf of Creditor RB Legal Group PLLC notice@rblegalgroup.com |
| Craig Andrew Edelman | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB craig.edelman@bonialpc.com, Notices.Bonial@ecf.courtdrive.com |
| Howard Marc Spector | on behalf of Debtor Bella Houston Heights hspector@spectorcox.com sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com;SpectorCox@jubileebk.net |
| Howard Marc Spector | on behalf of Defendant Bella Houston Heights hspector@spectorcox.com sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;hspector@ecf.courtdrive.com;SpectorCox@jubileebk.net |
| Jacob Sparks | |

on behalf of Creditor Wilmington Savings Fund Society FSB, Not In Its Individual Capacity but Solely as Owner Trustee of SG Alternative Title Trust 2025-NPL2 jacob.sparks@nelsonmullins.com, mary.versfelt@nelsonmullins.com

Jacob Sparks
on behalf of Creditor GLS Solutions LLC jacob.sparks@nelsonmullins.com mary.versfelt@nelsonmullins.com

Jennifer Laufgas
on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as owner trustee for Verus Securitization Trust 2025-R2 ecftxeb@aldridgepite.com, jlaufgas@ecf.courtdrive.com;Jlaufgas@aldridgepite.com

Jennifer D. Cruz
on behalf of Creditor RJL Realty LLC jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Richard R. Melter Trustee of the Richard R. Melter Revocable Living Trust jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Liberty Trust Company LTD Custodian FBO Vincent Paul Mazzeo, Kr., IRA jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Joseph C. Hibbard jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Jason Sun jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Initram Inc. jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Joyce Dersham jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Christel Kaffenberger jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Stephen K. Zupanc jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Laurel Mead and Edwin A. Mead Individually and as Trustees of ELM 401K PSP jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Equity Trust Company Custodian FBO Eric Ross-Krieger IRA jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Salvador Ballestero jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Vincent Investments Inc. AKA Vincent Investments jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Joseph Dersham jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Liberty Trust Company LTD Custodian FBO Adam K. Hruby IRA jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Bruce Robinson jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor James T. Smith Individually and as Trustee of the James T. Smith Trust jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Patrick Grosse Trustee of the Grosse Family Trust jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Steadfast Funding LLC jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Kornelia Peasley-Brown jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Eternal Investments LLC jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Eric Verhaeghe jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Equity Trust Company Custodian FBO Stephen Krieger IRA jcruz@dykema.com

Jennifer D. Cruz
on behalf of Creditor Julio M. Schnars jcruz@dykema.com

Jennifer D. Cruz

| | |
|---|---|
| | on behalf of Creditor Mike Berries (Berres) jcruz@dykema.com |
| Jennifer D. Cruz | on behalf of Creditor Walter Kaffenberger jcruz@dykema.com |
| Jennifer D. Cruz | on behalf of Creditor Dale Pilgeram Trustee of the Pilgeram Family Trust jcruz@dykema.com |
| Jennifer D. Cruz | on behalf of Creditor Joe Saenz jcruz@dykema.com |
| Johnie J. Patterson | on behalf of Creditor Nicholas Fugedi jjp@walkerandpatterson.com |
| Kent M. Hanszen | on behalf of Creditor Nicholas Fugedi khanszen@hanszenlaporte.com |
| Lloyd E Kelley | on behalf of Creditor Nicholas Fugedi kelley@lloydekelley.com |
| Patrick Joseph Schurr | on behalf of Creditor Nicholas Fugedi patrick.schurr@solidcounsel.com lakesha.williams@solidcounsel.com |
| Paul W. Cervenka | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing paul.cervenka@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| Susan B. Hersh | on behalf of U.S. Trustee US Trustee susan.hersh@usdoj.gov |
| Tara L. Grundemeier | on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston City College houston_bankruptcy@lgbs.com |
| Tara L. Grundemeier | on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com |
| Xenna Kayana Davis | on behalf of Creditor GLS Solutions LLC xenna.davis@nelsonmullins.com |

TOTAL: 47